**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-14T **DATE:** June 3rd, 2005
**TITLE OF CASE:** USA v. Alan Blamires

---

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Barbara Gilfillan**

**COURT REPORTER:** **Angela Reynolds**

**COURT INTERPRETER:** **N/A**

---

**COUNSEL PRESENT**

Government: Ken Madden

Defendant: Richard Corley

---

**PROCEEDINGS:** **Defendant's Motion to Continue Jury Impanelment**

06/03/05: All counsel of record present. Defendant is not present. Court hears discussion, Government has no objection to the motion, motion is granted and impanelment is con't to the August impanelment; the attorneys and the Court discuss the defendant's competency, Mr. Corley to file a motion for a competency exam and a hearing date will be set; Mr. Madden to prepare an Order for the motion to con't.

Recess.