UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 05-014T
:
ALAN J. BLAMIRES :

ORDER

This matter came to be heard on June 3, 2005 upon written motion of the defendant for a continuance of the June 7, 2005 jury empanelment date on grounds that defense counsel needs additional time to prepare for trial. The government joins in that motion. After hearing, it is

ORDERED

The motion is granted, and the matter will be continued to the August 16, 2005 jury empanelment calendar.

The Court finds that counsel for the defendant, who was appointed to represent the defendant on May 2, 2005, needs additional time to effectively prepare for trial in that the evidence consists, in part, of multiple audio recordings and a five hour video recording.

Further, the Court finds that the government also needs additional time to effectively prepare for trial in that the government ceased its trial preparations when the defendant indicated on two occasions his willingness to plead guilty.

The Court finds that the delay until August 16, 2005 is reasonable and necessary. Such continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial. For the foregoing reasons, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from June 3, 2005 through August 16, 2005 is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Per Order:

Deputy Clerk

Enter:

Ernest C Torres
ERNEST C. TORRES
CHIEF JUDGE

6/7/05
Date