**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-14-03T **DATE**: June 16, 2005
**TITLE OF CASE:** USA v. Alan Blamires

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Angela Reynolds**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Kenneth Madden, AUSA

Defendant: Richard Cleary, Esq.

---

**PROCEEDINGS:** **Hearing on Defendant's Competence**

June 16, 2005: All counsel of record present. Defendant is present. Court addresses counsel. Defense counsel addresses. Court finds defendant competent and places on August trial calendar.