**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-14-03T** **DATE**: September 14, 2005
**TITLE OF CASE:** USA v. Alan Blamires

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Government: Kenneth Madden, AUSA

Defendant: Richard Corley, Esq.

---

**PROCEEDINGS:** **Change of Plea Hearing**

All counsel of record present. Defendant present. Court addresses. Government summarizes charges, elements of proof, maximum potential penalties and terms of plea agreement. Defendant sworn. Court questions defendant. Defendant advises court that his present condition prevents him from entering a knowing, intelligent and informed plea. Court is not satisfied that defendant understand plea or plea agreement. Defense counsel questions defendant. Court is still not satisfied as to defendant’s understanding. Court finds it can not accept defendant’s plea. Court returns case to trial calendar.