UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No.: CR05-14-03T

ALAN BLAMIRES

**DEFENDANT'S MOTION FOR COMPETENCY HEARING**

The Defendant, Alan Blamires, hereby moves for a hearing to determine his mental competency to stand trial. In support of this Motion, Defendant submits the accompanying Memorandum of Law, filed simultaneously herewith.

WHEREFORE, Defendant respectfully requests that this Motion be granted and that the Court order such other relief as shall be just and proper.

Date: September 30, 2005

Respectfully submitted,

**Alan Blamires**

By His Attorneys,

Richard K. Corley (#2965)
**CORLEY TAVERAS & PETRARCA LLP**
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2005, I caused to be served, via first class mail, postage prepaid, a true copy of the within Defendant's Motion for Competency Hearing upon:

Kenneth Madden, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No.: CR05-14-03T

ALAN BLAMIRES

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR A COMPETENCY HEARING AND EXAMINATION**

Defendant Alan Blamires actions in open court have confounded his attorneys. Mr. Blamires' first attorney was allowed to withdraw after an aborted guilty plea. After signing a plea agreement, Mr. Blamires stated, in open court, that he did not understand the legal significance of signing the plea agreement. The Court withdrew the plea of guilty and allowed Mr. Blamires' first court appointed attorney to withdraw. The Court then appointed Richard K. Corley as defense counsel to represent Alan Blamires in this indictment.

After Mr. Corley's appointment as defense counsel, counsel and the Court received the available medical records for Mr. Blamires. Defense counsel has reviewed the medical records and has had several discussions with the Defendant concerning the contents of the medical records.

On September 13, 2005, a new change of plea hearing was scheduled. During the hearing, Defendant made various statements concerning the effects of his medication on his ability to understand his charges. As a result, the Court would not accept his guilty plea and scheduled the case for trial.

On September 29, 2005, defense counsel met with the Defendant to prepare for trial. During this meeting, Defendant informed defense counsel that he did not believe that he was competent to stand trial and wanted to have a psychiatric evaluation. During the conversation with the defense counsel, Defendant stated that he could not remember details of the actions leading up to the indictment in this case. Defendant indicated that he did not have accurate memories of the actions for which he was charged. As a result of the statements by the Defendant, defense counsel believes that the Defendant's ability to assist properly in his own defense needs to be determined by a psychiatric expert. The Defendant has requested this Motion be filed on his behalf. Accordingly, the Defendant is requesting an evaluation and a hearing pursuant to 18 U.S.C. § 4241(a)-(b).

Date: September 30, 2005

Respectfully submitted,

**Alan Blamires**

By His Attorneys,

Richard K. Corley (#2965)
**CORLEY TAVERAS & PETRARCA LLP**
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30 day of September, 2005, I caused to be served, via first class mail, postage prepaid, a true copy of the within Defendant's Memorandum in Support of His Motion for a Competency Hearing and Examination upon:

Kenneth Madden, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Wendy [signature]