2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-014T |
| | ) | |
| ALAN J. BLAMIRES | ) | |

## GOVERNMENT'S REQUEST FOR TRIAL SCHEDULING

Comes now the United States of America, by and through its attorney Kenneth P. Madden, First Assistant U.S. Attorney, and respectfully requests that the Court not schedule the trial of the instant case during the period beginning November 3, 2005 through November 11, 2005 for the reason that the undersigned Assistant U. S. Attorney has a planned vacation during that time.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
10/4/05

CERTIFICATION

I hereby certify that on the 27th day of September, 2005, I mailed a true copy of the Within Government's Request For Trial Scheduling, ordinary mail and postage prepaid, to:

Richard K. Corley, Esq.
Corley, Tavares & Patrarca
127 Dorrance Street, 2nd Floor
Providence, RI 02903

[signature]