IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

OCT 17 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
vs. ) Cr. No. 05-014T
ALAN J. BLAMIRES )

**ORDER OF COMPETENCY EXAMINATION**

After a hearing before Chief Judge Ernest C. Torres on October 14, 2005, it is hereby

ORDERED

1. Defendant Alan J. Blamires is committed to the custody of the Attorney General for placement in a suitable facility closest to the Court where a psychiatric and/or psychological examination shall be performed upon the Defendant.

2. The psychiatric and/or psychological examination shall be performed pursuant to the applicable provisions of 18 U.S.C. §§ 4241 and 4247. The examination shall be for a reasonable period of time, but not to exceed thirty (30) days. The director of the facility may apply for a reasonable extension, not to exceed fifteen (15) days, upon a showing of good cause that the additional time is necessary to observe and evaluate the Defendant.

3. Pursuant to § 4247, a psychiatric and/or psychological report shall be prepared by the examiners and shall be filed with this Court, with copies provided to Defendant's counsel and to the Government's attorney.

4. The defendant shall remain in the custody of the Attorney General until further Order of this Court.

Per Order: ____________________
Deputy Clerk

ENTER:

ERNEST C. TORRES
CHIEF JUDGE

Date: 10/17/05