IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-014T |
| | ) | |
| ALAN J. BLAMIRES | ) | |

GOVERNMENT'S MOTION TO DISMISS COUNT II

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U.S. Attorney, and hereby moves This Court to dismiss Count II of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 2ND day of May, 2006, I mailed a true copy of the Within Government's Motion To Dismiss Count II, ordinary mail and postage prepaid, to:

Richard K. Corley, Esq.
Corley Tavares, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Joan A. Maul