IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-014T |
| | ) | |
| ALAN J. BLAMIRES | ) | |

# GOVERNMENT'S MOTION TO GRANT DEFENDANT A THIRD LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant United States Attorney, and moves this Court to grant the defendant a third level decrease for acceptance of responsibility.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney
R. I. Bar # 1680

# CERTIFICATION

I hereby certify that on the 2ND day of May, 2006, I mailed a true copy of the Within Government's Motion , ordinary mail and postage prepaid, to:

Richard K. Corley, Esq.
Corley Tavares, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Joan G. Maul